medical expenses and remand the case for a determination of medical and funeral expenses and for entry of judgment of $106,-332.00 plus medical and funeral expenses together with costs and interest from date of the accident.

AFFIRMED in part, REVERSED in part.

**PER CURIAM:**

Considering the decision of the United States Supreme Court in *Busic v. United States*, —— U.S. ——, 100 S.Ct. 1747, 64 L.Ed.2d 381, (1980), the sentence is vacated and the case is remanded to the district court for further proceedings consistent with that decision.*

---

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Richard Bullock HENRY, a/k/a Imari
Abubakari Obedele,
Defendant-Appellant.**

**No. 79–1740.**

United States Court of Appeals,
Fifth Circuit.

July 16, 1980.

Fred L. Banks, Jr., Jackson, Miss., for Henry.

James B. Tucker, Asst. U. S. Atty., Jackson, Miss., William G. Otis, Atty., Patty Merkamp Stemler, Dept. of Justice, Washington, D. C., for the U. S.

Before COLEMAN, Chief Judge, BROWN, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON and THOMAS A. CLARK, Circuit Judges.*

* Judge Jerre S. Williams did not participate in this decision.

**Ray MARSHALL, Secretary of Labor,
United States Department of Labor,
Plaintiff-Appellant,**

v.

**Johnny SEGONA, d/b/a Highway 190
Truck Stop and as Truckem Up
Paradise, Defendant-Appellee.**

**No. 79–2790
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

July 16, 1980.

* Fed.R.App.P. 34(a); 5th Cir. R. 18.